FILED: August 2, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-2310
(5:19-cv-00038-H)

_____

LAVERNE MCIVER

       Plaintiff - Appellant

v.

BRIDGESTONE AMERICAS, INC.; BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; BRIDGESTONE RETAIL OPERATIONS, LLC

       Defendants - Appellees

and

BRIDGESTONE, LLC

       Defendant

_____

J U D G M E N T

_____

       In accordance with the decision of this court, the judgment of the district court is affirmed.

       This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK