FILED: August 24, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2310
(5:19-cv-00038-H)
_____

LAVERNE MCIVER

      Plaintiff - Appellant

v.

BRIDGESTONE AMERICAS, INC.; BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; BRIDGESTONE RETAIL OPERATIONS, LLC

      Defendants - Appellees

and

BRIDGESTONE, LLC

      Defendant

_____

M A N D A T E
_____

The judgment of this court, entered August 2, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*